UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

AMBER MCDERMOTT LAND TRUST,

Debtor.

CASE NO. 19-63309 SMS

## NOTICE OF ENTRY OF APPEARANCE OF J. KELSEY GRODZICKI AND REQUEST FOR SERVICE OF ALL NOTICES

COMES NOW, J. Kelsey Grodzicki, of the law firm of Campbell & Brannon, LLC, and hereby files his Notice of Appearance as counsel for MIDFIRST BANK, its successors and assigns, and requests notices of all motions and pleadings filed in this action, pursuant to Bankruptcy Rules 2002 and 9010, be served upon:

J. Kelsey Grodzicki
Campbell & Brannon, LLC
Glenridge Highlands II
5565 Glenridge Connector, Suite 350
Atlanta, Georgia 30342
678-443-6454
kgrodzicki@campbellandbrannon.com

and hereby requests that the Clerk of Court add the Law Firm to the mailing matrix for the said entity.

PLEASE TAKE FURTHER NOTICE that this request is made without submitting to the jurisdiction of the Court, without waiving service of process or otherwise waiving any rights.

Respectfully submitted this __4th__ day of __October__, 2019.

/s/ J. Kelsey Grodzicki
**J. KELSEY GRODZICKI**
Georgia Bar No. 134259
*Attorney for MIDFIRST BANK*

**CAMPBELL & BRANNON, LLC**
Glenridge Highlands II
5565 Glenridge Connector, Suite 350
Atlanta, Georgia 30342
(678) 443-6454 (phone)
(770) 396-2171 (fax)
kgrodzicki@campbellandbrannon.com

## CERTIFICATE OF SERVICE

I, J. Kelsey Grodzicki of Campbell & Brannon, LLC, certify that on the _4th_ day of __October____, 2019, I caused a copy of the foregoing to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the U.S. Mail in a properly addressed envelope with adequate postage thereon to following parties:

Amber McDermott Land Trust
1250 Matt Moore Court
Lithia Springs, GA  30122

*/s/ J. Kelsey Grodzicki*
**J. KELSEY GRODZICKI**
Georgia Bar No. 134259
*Attorney for MIDFIRST BANK*

**CAMPBELL & BRANNON, LLC**
Glenridge Highlands II
5565 Glenridge Connector, Suite 350
Atlanta, Georgia 30342
(678) 443-6454 (phone)
(770) 396-2171 (fax)
kgrodzicki@campbellandbrannon.com